No. 93–6524.  DOWDY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–6535.  MORRIS v. LAURY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 93–6538.  GILES v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 93–6543.  LABOY v. O'MALLEY ET AL.  C. A. 7th Cir. Certiorari denied.

No. 93–6545.  GIBBS v. CLEMENTS FOOD CO.  C. A. 10th Cir. Certiorari denied.

No. 93–6547.  BYRD v. CARROLL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–6549.  HUNT v. BRADLEY, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–6550.  REBER ET AL. v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 93–6553.  LEE v. CALDWELL ET AL.  C. A. 4th Cir. Certiorari denied.

No. 93–6554.  NWABUEZE v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 93–6567.  FLAGG v. CONTROL DATA CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–6568.  JACKSON v. MALECEK.  C. A. 8th Cir.  Certiorari denied.

No. 93–6574.  SMITH v. DELO ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–6576.  BISHOP v. LeCUREUX, WARDEN.  C. A. 6th Cir. Certiorari denied.